IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DIGITAL SIN, INC.,**

    **Plaintiff,**

**v.**                                             **CASE NO. 3:12-cv-349-RS-CJK**

**DOES 1-8,**

    **Defendants.**
_____/

**ORDER**

    The relief requested in Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Doc. 5) is **GRANTED**.  Good cause exists to permit expedited discovery in copyright infringement cases where Plaintiff (1) makes a prima facie showing on infringement, (2) there is no other way to identify the Doe Defendants, and (3) there is a risk an ISP will destroy its logs prior to the conference.  *See UMG Recording, Inc. v. Doe*, 2008 WL 4104214, at *4 (N.D. Cal. 2008); *Arista Records, LLC v. Does 1-19*, 551 F.Supp.2d. 1, 6-7 (D.D.C. 2008). Plaintiff has shown that there is good cause to take discovery prior to the Rule 26(f) Conference.  Plaintiff is granted leave to issue Rule 45 subpoenas to the ISPs set forth in Exhibit A of the Complaint as well as to any intermediary ISPs that may be identified in the process.

**ORDERED** on July 17, 2012.

           <u>/S/ Richard Smoak</u>
           **RICHARD SMOAK**
           **UNITED STATES DISTRICT JUDGE**