# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

DIGITAL SIN, INC.,

        Plaintiff,

v.                                   CASE NO.  3:12cv349-RH/CJK

DOES 1-8,

        Defendants.

_____/

## ORDER EXTENDING DEADLINE FOR SERVICE OF PROCESS

The plaintiff's motion to extend the deadline for service of process, ECF No. 18, is GRANTED.  The deadline is extended to January 16, 2013.

SO ORDERED on November 1, 2012.

                                   s/Robert L. Hinkle_____
                                   United States District Judge