IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DIGITAL SIN, INC.<br>21345 Lassen Street<br>Chatsworth, CA 91311<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1 – 8<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:12-cv-349-RH-CJK<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
AND FINAL STATUS REPORT**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

In this case, Plaintiff has been unable to obtain the identities of (and necessary information about) the John Does from the ISPs. Plaintiff therefore dismisses this case without prejudice.

Respectfully submitted this 8th day of December, 2012.

                                FOR THE PLAINTIFF:

                      By:   /s/ Mike Meier
                              Mike Meier (D.C. Bar #444132)
                              N.D. Florida: Practice limited to federal law.
                              The Copyright Law Group, PLLC
                              4000 Legato Road, Suite 1100
                              Fairfax, VA 22033
                              Phone: (888) 407-6770
                              Fax: (703) 546-4990
                              Email:
                              mike.meier.esq@copyrightdefenselawyer.com

                              ATTORNEY FOR PLAINTIFF